17,562-04

C-396-010415-1213452-A WR-17-562-04

State of texAS
V
JefferyLee manns

In the Court of
Criminal AppeaIs of
Texas

## Motion for ReConcideration

I Am ASKing That you give Me Permission To Ammend and File a ProPer 11.07 under The Rules and guide Lines of Texas Rules of APPellate Procedure 73 I Realized I went over The Two Page Limit and I Am asKing You to Let Me Correct MY APPLication and ReFile MY 1107 HaBeas CoRPuS for Your ConsideRation To KeeP From being SubseQventIy Barred

ResPectfvIIY Submitted

Jeffery Lee manns # 1751637
1697 Fm 980
HvntsVille TX 77343

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 05 2015

Abel Acosta, Clerk